IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JEFFREY BRESHEARS,

        Plaintiff,        Civil No. 06-1087 ST

    v.                    ORDER OF DISMISSAL

ATTORNEY GENERAL FOR THE
STATE OF OREGON,

        Defendant.

Based on the record and the Petitioner's motion for voluntary dismissal, IT IS ORDERED AND ADJUDGED this action is dismissed without prejudice.

IT IS SO ORDERED.

Dated this 14th day of February, 2007.

                          /s/ *Janice M. Stewart*
                          Janice M. Stewart
                          United States Magistrate Judge

Pg. l - ORDER OF DISMISSAL